```
RICHARD A. SHORE #109421
SHORE & DUARTE
4825 J Street, Suite 120
Sacramento, CA 95819
Telephone: (916)456-4900
Email:     richardashore@Gmail.com
```

Attorney for Plaintiff

In the United States District Court

Eastern District of California

| | |
|---|---|
| **VICTORIA COLEMAN** | Case No.: 2:12-cv-00907-CMK |
| Plaintiff, | **SIPULATION FOR EXTENSION OF PLAINTIF'STIME TO FILE MOTION FOR SUMMARY JUDGEMENT; ORDER THEREON** |
| vs. | |
| **Commissioner of Social Security,** | |
| Defendant | |

  The parties hereby stipulate with the permission of the Court as indicated in the order below, that Plaintiff shall have an additional thirty (days) to file her motion for summary judgment in the above-captioned action. Plaintiff request the extension of time because the press of business prevents counsel from responding to Defendant's answer as provided in the Scheduling Order dated May 1, 2012. Accordingly, Plaintiff's motion for summary judgment will be due on or before December 25, 2012

Dated:  November 19, 2012    /s/Richard A. Shore
                RICHARD A. SHORE
                Attorney at Law
                Attorney for Plaintiff

Date:  November 19, 2012    BENJAMIN B. WAGNER
                United State's Attorney

          By:  /s/Elizabeth Barry
             ELIZABETH BARRY

///
///

1

PURSUANT TO SIPULATION AND FOR GOOD CAUSE SHOW, IT IS SO ORDERED.

Date: <u>12/5/2012</u>

```
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```