1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California 94105
6     Telephone:  (415) 977-8972
      Facsimile:  (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8

   Attorneys for Defendant
9

                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
                         **SACRAMENTO DIVISION**
11

12  VICTORIA COLEMAN,                    )
                                          )   Case No.  CIV-2:12-cv-00907-CMK
13           Plaintiff,                   )
                                          )   STIPULATION AND ~~PROPOSED~~ ORDER
14      v.                                )   FOR A FIRST EXTENSION FOR
                                          )   DEFENDANT TO FILE NOTICE, MOTION,
15  COMMISSIONER OF                       )   AND MEMORANDUM IN SUPPORT OF
    SOCIAL SECURITY,                      )   CROSS-MOTION FOR SUMMARY
                                          )   JUDGMENT AND IN OPPOSITION TO
16           Defendant.                   )   PLAINTIFF'S MOTION FOR SUMMARY
                                          )   JUDGMENT
17  _____       )

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20  of the Court, that Defendant shall have a 60-day extension, or until March 29, 2013, in which to file his

21  Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22  Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's first request for an extension of time in this matter. This request is made as a

24  result of a realignment of work in the office of the undersigned counsel of record for the Defendant and

25  is not intended to cause intentional delay.

26                                     Respectfully submitted,

27  Dated: January 28, 2013        */s/ Richard Allen Shore*
                                    (as authorized via telephone by Nicole Duarte,
28                                  law partner with Richard Allen Shore)
                                    RICHARD ALLEN SHORE
                                    Attorney for Plaintiff

|     |     |
| --- | --- |
|     | BENJAMIN WAGNER<br>United States Attorney |
| Dated: January 28, 2013 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 30, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE