```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5      160 Spear Street, Suite 800
        San Francisco, California 94105
 6      Telephone: (415) 977-8972
        Facsimile: (415) 744-0134
 7      Email: Elizabeth.Barry@ssa.gov

 8
    Attorneys for Defendant
 9
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| VICTORIA COLEMAN,  )<br>            )<br>        Plaintiff,  )<br>            )<br>        v.  )<br>            )<br>COMMISSIONER OF  )<br>SOCIAL SECURITY,  )<br>            )<br>        Defendant.  )<br>_____ ) | Case No. CIV-2:12-cv-00907-CMK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 60-day extension, or until March 29, 2013, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time in this matter. This request is made as a result of a realignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

                                    Respectfully submitted,

Dated: January 28, 2013          */s/ Richard Allen Shore*
                                 (as authorized via telephone by Nicole Duarte,
                                 law partner with Richard Allen Shore)
                                 RICHARD ALLEN SHORE
                                 Attorney for Plaintiff

|  |  |
|---|---|
| Dated: January 28, 2013 | BENJAMIN WAGNER<br>United States Attorney<br><br>By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 30, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE